D. Jeffrey Courser, OSB No. 880374
jeffrey.courser@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Colleen M. O'Neil, pro hac vice
coneil@calfee.com
Alexandra R. Forkosh, pro hac vice
aforkosh@calfee.com
CALFEE, HALTER & GRISWOLD LLP
1405 East Sixth Street
The Calfee Building
Cleveland, OH 44114
Telephone: 216-622-8200
Facsimile: 216-241-0816

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| RUST-OLEUM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NIC INDUSTRIES, INC.,<br><br>Defendant. | Case No.: 1:18-cv-01655-CL<br><br>**DECLARATION OF COLLEEN M. O'NEIL** |

Under 28 U.S.C. § 1746, I, Colleen M. O'Neil, declare under penalty of perjury as follows:

1. I am over 18 years of age and have personal knowledge of the matters declared herein.

2. I submit this Declaration in my capacity as outside legal counsel for and on behalf of Plaintiff/Counterclaim Defendant Rust-Oleum Corporation ("Rust-Oleum") and in support of its Motion for Protective Order under Fed. R. Civ. P. 26(c) in the above-captioned lawsuit.

3. On the evening of January 28, 2020, counsel for Rust-Oleum learned that RPM International Inc. ("RPM"), Rust-Oleum's parent company, had rescheduled a mandatory Legal & Compliance Meeting for the week of February 8, 2021.

4. The Legal & Compliance Meeting was initially scheduled for dates in December 2020, and the resulting scheduling conflict was not previously brought to light simply due to oversight.

5. The scheduling conflict described above will prevent Rust-Oleum's corporate representative, Matthew J. Kucharson, from participating in any of the depositions scheduled for the week of February 8, 2021. Mr. Kucharson is RPM's and Rust-Oleum's designated corporate representative for this proceeding and has been involved in all aspects of this dispute since its inception.

6. The only deposition taken previously in this litigation was that of third-party EMD. Defendant/Counterclaimant NIC had two corporate representatives (a request Rust-Oleum accommodated) present at the EMD deposition in Philadelphia, Pennsylvania. The time and expense incurred by NIC to have its CEO and chief chemist travel to and participate in this deposition illustrates NIC's appreciation of the import of the presence of corporate representatives at depositions.

7. On January 29, 2021, Rust-Oleum's counsel informed NIC's counsel of the scheduling conflict and provided myriad alternative deposition dates between February 22, 2021

and March 3, 2021 for the four depositions at issue. *See* Exhibit A, January 29, 2021 e-mail correspondence between counsel.

8. Instead of reasonably negotiating Rust-Oleum's proposed alternative dates, in response, NIC's counsel instructed Rust-Oleum's counsel to obtain a protective order. *See* Exhibit A.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10. This Declaration was executed on February 1, 2021.

**Dated: February 1, 2021** **/s/ *Colleen M. O'Neil*___________**

**COLLEEN M. O'NEIL**

DATED: February 1, 2021.

STOEL RIVES LLP

s/*Jeffrey Courser*
D. JEFFREY COURSER, OSB No. 880374
jeffrey.courser@stoel.com
Telephone: 503.224.3380

Attorneys for Plaintiff

CALFEE, HALTER & GRISWOLD LLP

s/*Alexandra R. Forkosh*
COLLEEN M. O'NEIL, pro hac vice
coneil@calfee.com
ALEXANDRA R. FORKOSH, pro hac vice
aforkosh@calfee.com
Telephone: 216-622-8200

Attorneys for Plaintiff