David B. Paradis, OSB #853016
dparadis@brophylegal.com
BROPHY SCHMOR LLP
Of Attorneys for Defendant
201 West Main Street, 5th Floor
P.O. Box 128 / Medford, OR 97501
T: (541) 772-7123 / F: (541) 772-7249

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| RUST-OLEUM CORPORATION,<br>Plaintiff,<br>v.<br>NIC INDUSTRIES, INC.<br>Defendant. | Case No. 1:18-CV-01655-CL<br><br>DEFENDANT'S RESPONSE TO PLAINITFF'S MOTION FOR PROTECTIVE ORDER |

Plaintiff's Motion for Protective Order should be denied as untimely and contrary to this court's deposition schedule (Dkt #111) entered December 11, 2020. This response is supported by Defendant's Response to Plaintiff's Motion to Stay Discovery (Dkt #113) and declaration in support (Dkt #114) filed January 25, 2021.

DATED this 2nd day of February, 2021.

/s/ David B. Paradis
David B. Paradis, OSB #853016
BROPHY SCHMOR LLP
Of Attorneys for Defendant
dparadis@brophylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have compared this copy of the foregoing form of **Defendant's Response to Plaintiff's Motion for Protective Order** with the original and that it is an exact and complete copy thereof, and that I served said copy upon:

D. Jeffrey Courser
STOEL RIVES LLP
760 SW Ninth Ave., Ste. 3000
Portland, OR 97205
F: 503 220-2480
E: jeffrey.courser@stoel.com

Of Attorneys for Plaintiff

Colleen M. O'Neil
Alexandra Forkosh
CALFEE, HALTER & GRISWOLD LLP
1405 East Sixth Street
The Calfee Building
Cleveland, OH 44114
F: 216 241-0816
E: coneil@calfee.com
E: aforkosh@calfee.com

Of Attorneys for Plaintiff, Pro Hac Vice

[ ] by **emailing** it to said attorney during normal office hours at the email address set forth above on the date set forth below.

[X] by **automatic electronic transmission** by and through the Court's Case Management and Electronic Case Filing system to the attorneys identified above at the attorneys' email addresses as recorded in the CM/ECF system on the date of service set forth below.

DATE: February 2, 2021.

/s/ David B. Paradis
David B. Paradis, OSB #853016
BROPHY SCHMOR LLP
Of Attorneys for Defendant
E: dparadis@brophylegal.com